IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

BARNELL STEWART,            *
                            *
    Plaintiff,              *
                            *
v.                          *       CV 318-006
                            *
UNITED STATES OF AMERICA,   *
                            *
    Defendant.              *

O R D E R

On March 21, 2019, the parties filed a "Stipulation of Dsimissal" signed by both parties. Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. The parties shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 22d day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE